**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Corradini Corp., <br><br> Plaintiff, <br><br> v. <br><br> AMEC Construction Management, Inc., <br><br> Defendant. | Case No. **CV 11-1618-JFW (SHx)** <br><br> **JUDGMENT** |

The Court, having granted Defendant AMEC Construction Management, Inc.'s Motion for Judgment on the Pleadings for the reasons set forth in the Court's Minute Order dated May 20, 2011,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

 1. Plaintiff Corradini Corp. shall recover nothing from Defendant AMEC Construction Management, Inc.;

 2. Defendant AMEC Construction Management, Inc. shall have judgment in its favor on Plaintiff Corradini Corp.'s entire action; and

3. Defendant AMEC Construction Management, Inc. shall recover from Plaintiff Corradini Corp. its costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: May 20, 2011

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE